**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEVEN MOJICA,

      CASE NO.  09-14615

   Plaintiff,      HON. LAWRENCE P. ZATKOFF

v.

UNITED PARCEL SERVICE,

   Defendant.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated May 25, 2011, Plaintiff's action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 25th day of May, 2011.

                DAVID J. WEAVER
                CLERK OF THE COURT

       BY:   S/Marie E. Verlinde
              Marie E. Verlinde
              Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE